UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| PROGRESSIVE FOODS, LLC, ) | Case No. 1:07 CV 3424 |
| ) | |
| Plaintiff, ) | JUDGE DAVID D. DOWD, JR. |
| ) | |
| v. ) | |
| ) | |
| DUNKIN' DONUTS ) | |
| INCORPORATED, BASKIN-ROBBINS ) | SUPPLEMENT TO PLAINTIFF'S |
| USA, CO., and THIRD DUNKIN' DONUTS ) | MEMORANDUM IN OPPOSITION TO |
| REALTY, INC., ) | DEFENDANTS' AND PLAINTIFFS-IN- |
| ) | COUNTERCLAIM'S MOTION TO |
| Defendants and Plaintiffs-in- ) | STAY ENFORCEMENT OF |
| Counterclaim and Third Party ) | JUDGMENT ENTRY PENDING |
| Complaint, ) | APPEAL WITHOUT SUPERSEDEAS |
| ) | BOND |
| v. ) | |
| ) | |
| EITAN FLANK, MIKE FLANK, ) | |
| SHAUL FLANK, JOEL SAUSEN, and ) | |
| KEVIN DAUBENMIRE, ) | |
| ) | |
| Third Party Defendants. ) | |

Pursuant to the Court's April 6, 2011 Order, ECF # 224, Plaintiff Progressive Foods, LLC submits the following index of exhibits to Plaintiff's Memorandum in Opposition to Defendants' Motion to Stay Enforcement of Judgment Entry (ECF # 223):

| Exhibit / ECF # | Description |
|---|---|
| A / 223-1 | Defendants' November 5, 2009 Corporate Disclosure Statement |
| B / 223-2 | Delaware Sec. of State Information for Dunkin' Donuts Franchising LLC |
| C / 223-3 | Delaware Sec. of State Information for Dunkin' Donuts Franchised Restaurants LLC |
| D / 223-4 | Delaware Sec. of State Information for Baskin-Robbins Franchised Shops, LLC |
| E / 223-5 | Delaware Sec. of State Information for Baskin-Robbins Franchising LLC |
| F / 223-6 | Complaint, Dunkin' Donuts Franchised Restaurants LLC v. Bakery Maestro, Inc., No. 08 Civ. 659 (D.N.J. Feb. 26, 2008). |
| G / 223-7 | Third Dunkin' Donuts Realty, Inc. Certificate of Conversion |
| H / 223-8 | Third Dunkin' Donuts Realty LLC Certificate of Formation |
| I / 223-9 | Assignment and Assumption of Lease between Third Dunkin' Donuts Realty LLC and DB Real Estate Assets I LLC |
| J / 223-10 | Deed Transferring Mentor Site from Third Dunkin' Realty LLC to DB Real Estate Assets II LLC |
| K / 223-11 | Notice of Reorganization of Dunkin' Donuts and Baskin-Robbins |
| L / 223-12 | Notice of Reorganization of Third Dunkin' Donuts Realty, Inc. |

Respectfully submitted,

/s/ Thomas R. Brule
Thomas R. Brule, Esq. (0060146)
BRULE LAW FIRM, LLC
80 Berkshire Park Drive
Chagrin Falls, Ohio 44022
Telephone:   (216) 789-4229
Facsimile:   (216) 916-4744
E-mail:   brulet@gmail.com

Dated: April 6, 2011

*Attorney for Plaintiff and Defendants-in Counterclaim*

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on this sixth day of April, 2011 using the Court's electronic filing system. Parties may access this filing through the Court's system.

___s_/Thomas R. Brule_____