DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Progressive Foods, LLC, et al., ) | |
| ) | CASE NO. 1:07 CV 3424 |
| Plaintiffs, ) | |
| ) | |
| v. ) | JUDGMENT ENTRY |
| ) | |
| Dunkin Donuts, et al., ) | |
| ) | |
| Defendants. ) | |

For the reasons contained in the Order filed contemporaneously herewith (ECF 254), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Court's Judgment Entry (ECF 218) awarding injunctive relief to plaintiffs and damages to plaintiffs in the sum of $336,000 is VACATED, and judgment is hereby entered in favor of the defendants.

Further for the reasons contained in the Order filed contemporaneously herewith, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Court's Judgment Entry (ECF 218) awarding damages in favor of the counterclaim/third-party plaintiffs and against the counterclaim/third-party defendants in the sum of $100,000 in franchise fees is hereby REDUCED to an award in the sum of $92,000, and judgment is entered in favor of the counterclaim third-party plaintiffs in the sum of $92,000.

IT IS SO ORDERED.

  October 12, 2012                         *s/ David D. Dowd, Jr.*
Date                                              David D. Dowd, Jr.
                                                        U.S. District Judge